No. 96–1353.  GLOVER ET AL. *v.* DURHAM.  C. A. 6th Cir.  Certiorari denied.

No. 96–6869.  ABDUL-SALAAM *v.* PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 96–6887.  SAMUEL *v.* DUNCAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6914.  ULLOA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–6927.  HILL *v.* MCKEE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–7217.  LOSADA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–7276.  MILLER *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 96–7422.  MARSHALL *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 96–7454.  UWAGBALE *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 96–7628.  RICOTTA *v.* RICOTTA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 96–7636.  ROSE *v.* WOODS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–7643.  JAMES *v.* MCCLAIN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–7647.  MUSE *v.* CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–7651.  STONE *v.* BYRD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–7655.  JUDY *v.* HINCKLEY ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–7656.  AZUBUKO *v.* REGISTRAR OF MOTOR VEHICLES.  C. A. 1st Cir.  Certiorari denied.